IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VLSI TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-966 (CFC) |
| | ) | |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| VLSI TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-426 (CFC) |
| | ) | |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## INTEL CORPORATION'S MOTION TO CONSOLIDATE

Pursuant to Federal Rule of Civil Procedure 42(a), Defendant Intel Corporation ("Intel") respectfully moves for an order consolidating these patent infringement actions filed by Plaintiff VLSI Technology LLC. The grounds for this motion are set forth in Intel's Opening Brief in Support and the Declaration of Gregory H. Lantier, submitted herewith.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Jack B. Blumenfeld* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Jeremy A. Tigan (#5239) |
| William F. Lee | 1201 North Market Street |
| Louis Tompros | P.O. Box 1347 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | Wilmington, DE 19899 |
| 60 State Street | (302) 658-9200 |
| Boston, MA 02109 | jblumenfeld@mnat.com |
| (617) 526-6000 | jtigan@mnat.com |
| | |
| Amanda L. Major | *Attorneys for Defendant* |
| Gregory H. Lantier | |
| WILMER CUTLER PICKERING HALE AND DORR LLP | |
| 1875 Pennsylvania Avenue NW | |
| Washington, DC 20006 | |
| (202) 663-6000 | |

March 20, 2019

2

## **RULE 7.1.1 STATEMENT**

I certify that the subject of the foregoing motion has been raised with counsel for the plaintiff and that we have been not been able to reach agreement.

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 20, 2019, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Morgan Chu, Esquire<br>Ben Hattenbach, Esquire<br>Amy E. Proctor, Esquire<br>Dominik Slusarczyk, Esquire<br>Charlotte J. Wen, Esquire<br>Leah Johannesson, Esquire<br>Christopher Abernethy, Esquire<br>S. Adina Stohl, Esquire<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)